# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2258
_____

United States of America

*Plaintiff - Appellee*

v.

Brandon Jones

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: July 13, 2026
Filed: July 16, 2026
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

Brandon Jones appeals the sentence the district court imposed after he pled guilty to drug offenses. He challenges a condition of supervised release related to sex offender registration, arguing that he has never been convicted of a sex offense. He also argues his sentence is substantively unreasonable.

The government concedes that imposition of the condition of supervised release was erroneous. In light of that concession, we vacate the challenged condition. As to Jones's challenge to the length of his sentence, we conclude the district court did not impose a substantively unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (abuse of discretion review).

We vacate imposition of the challenged condition and remand with directions that the judgment be amended to remove the condition. We affirm the sentence in all other respects.

_____